IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Dennie, Lydia L | Case Number:  04 B 32321 |
| | Judge:  Squires, John H |
| Printed: 10/22/08 | Filed:  8/31/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: October 2, 2008
Confirmed: October 27, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 44,349.90 | |
| Secured: | | 21,209.26 |
| Unsecured: | | 7,738.81 |
| Priority: | | 10,905.81 |
| Administrative: | | 1,582.00 |
| Trustee Fee: | | 2,334.52 |
| Other Funds: | | 579.50 |
| Totals: | 44,349.90 | 44,349.90 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Zalutsky & Pinski Ltd | Administrative | 1,582.00 | 1,582.00 |
| 2. | Drive Financial Services | Secured | 20,675.00 | 20,675.00 |
| 3. | Heilig-Meyers | Secured | 534.26 | 534.26 |
| 4. | Internal Revenue Service | Priority | 10,905.81 | 10,905.81 |
| 5. | Internal Revenue Service | Unsecured | 772.46 | 3,089.83 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 150.00 | 600.00 |
| 7. | NCO Financial Services Inc | Unsecured | 125.00 | 500.00 |
| 8. | Drive Financial Services | Unsecured | 273.88 | 1,095.53 |
| 9. | ECast Settlement Corp | Unsecured | 324.36 | 1,297.45 |
| 10. | Sir Finance Corporation | Unsecured | 289.00 | 1,156.00 |
| 11. | Peoples Energy Corp | Unsecured | 255.45 | 0.00 |
| 12. | General Motors Acceptance Corp | Secured | | No Claim Filed |
| 13. | General Motors Acceptance Corp | Unsecured | | No Claim Filed |
| 14. | Charter One Bank | Unsecured | | No Claim Filed |
| 15. | SBC | Unsecured | | No Claim Filed |
| 16. | Ten Minute Loan | Unsecured | | No Claim Filed |
| 17. | Cingular Wireless | Unsecured | | No Claim Filed |
| 18. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 19. | Allstate Insurance Company | Unsecured | | No Claim Filed |
| 20. | Dymacol Inc | Unsecured | | No Claim Filed |
| 21. | AT&T Wireless | Unsecured | | No Claim Filed |
| 22. | Mansours | Unsecured | | No Claim Filed |
| 23. | TCF Bank | Unsecured | | No Claim Filed |
| 24. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 25. | Evergreen Emergency Service | Unsecured | | No Claim Filed |
| 26. | Worldcom Wireless | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Dennie, Lydia L

Printed: 10/22/08

Case Number: 04 B 32321
Judge: Squires, John H
Filed: 8/31/04

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. United National | Unsecured | | No Claim Filed |
| | | $ 35,887.22 | $ 41,435.88 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 366.59 |
| 4% | 104.43 |
| 3% | 89.16 |
| 5.5% | 443.66 |
| 5% | 148.59 |
| 4.8% | 264.92 |
| 5.4% | 917.17 |
| | $ 2,334.52 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

